UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jawaun Rashad Martin-Allen**　　　　　　　　　　　　　　　　**Docket No. 5:14-CR-1-1D**

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jawaun Rashad Martin-Allen, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 19, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jawaun Rashad Martin-Allen was released from custody on April 22, 2016, at which time the term of supervised release commenced.

On July 11, 2016, a Violation Report was submitted to the court indicating that that defendant tested positive for oxycodone on June 13, 2016. The defendant reported hurting his back at work and was given a pill from his mother to help with the pain. The probation office recommended that no further action be taken and that Mr. Martin-Allen be allowed to continue participating in the Surprise Urinalysis Program (SUP). The court concurred.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 7, 2017, and March 8, 2017, the defendant was charged in Wake County, North Carolina with Driving While License Revoked. The defendant has been verbally reprimanded and instructed not to operate a motor vehicle until properly licensed. As a result of this non-compliance, the probation office is recommending that he complete 8 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: March 24, 2017 |

Jawaun Rashad Martin-Allen
Docket No. 5:14-CR-1-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge